# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| LORI HOBSON, ) | |
| ) | Case No. 2:19-cv-223 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Cynthia R. Wyrick |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

On March 3, 2020, the parties filed a notice of settlement. (Doc. 12.) Based on that notice, the Court gave the parties until May 3, 2020, to file a stipulation of dismissal. (Doc. 13.) That deadline passed, and the Court again **ORDERED** the parties to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this time on or before May 29, 2020. (Doc. 14.) The Court put the parties on notice that, if they failed to comply with that deadline, the Court might dismiss this action with prejudice pursuant to Rule 41(b) and Local Rule 68.1. (*Id.*) The parties did not comply. Accordingly, this action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(b) and Local Rule 68.1.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ John Medearis
    CLERK OF COURT